APPEAL NO. 03-13-00066-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

IN THE THIRD DISTRICT COURT OF APPEALS

AT AUSTIN TEXAS

MAURICE SAMUEL ARRINGTON

Appellant

v.

THE STATE OF TEXAS

Appellee

FILED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

RECEIVED
MAR 26 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

APPEAL OF CAUSE NUMBER 69198 FROM THE 426th JUDICIAL DISTRICT COURT OF BELL COUNTY TEXAS.

MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS PRO SE MOTION FOR PETITION FOR DISCRETIONARY REVIEW, IN REPONSE TO COURTS DECISION.

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now Maurice Samuel Arrington, Appellant pro se, and respectfully moves the court to extend the deadline for filing his PETITION FOR DISCETIONARY REVIEW by Ninety days. In support Appellant would show the following:

## I.

Petitioner was Convicted in the 426 district Court of Bell County Texas of the offense of Possesion with the intent to deliver Cocaine in Cause NO. 69198 styled STATE OF TEXAS V. MAURICE SAMUEL ARRINGTON, The Petitioner appealed to the Court of appeals third district Judicial Court. The case was Affirmed on March 5th, 2015

## II.

The present deadline for filing PETITION FOR DISCRETIONARY REVIEW is ~~March 20~~ April 5, 2015 The petitioner has not requested an extension prior to this request.

## III.

Petitioners request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of appeals in affirming his Case until March 10, 2015 by the Court of appeals. Since that time petitioner has been attempting to gain legal representation in this matter.

Wherefore, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review, In this case NO. 03-13-00066-CR to June 10, 2015

Maurice Samuel Arrington

Petitioner Pro Se

Texas Department of Criminal Justice

Ramsey 1 unit

TDCJ ID. # 1833454

Rosharon Texas, 77583

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First MOTION For Extension of time to file PETITION FOR DISCRETIONARY REVIEW, has been forwarded U.S. mail, Postage prepaid, First Class to the attorney for the state mr. Bob D. Odom, at P.O. Box 540, Belton Texas 76513, and to the state Prosecuting office, P.O. Box 12547, Austin Texas 78711 on this the 22 day of march 2015.

Maurice Samuel Arrington

I MAURICE SAMUEL ARRINGTON, TDCJ # 1833454, being presently incarcerated in the Ramsey 1 unit of the Texas Department of Criminal Justice in Brazoria County Texas verify And declare under penalty of perjury that the foregoing statements are true and correct executed on this the 22 day of march 2015.

Maurice Samuel Arrington

TDCJ # 1833454